**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

Yryskeldi Sharshenaliev,

      Petitioner,

               v.

Ed Vorhies, Warden, Northeast Ohio
Correctional Center, et al.,

      Respondents.

Case No:   4:26-cv-00597-CEF

IT IS SO ORDERED.
s/Charles E. Fleming
United States District Judge
Dated: June 18, 2026

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Petitioner, by and through undersigned counsel, respectfully submits this Notice of Voluntary Dismissal of the above-captioned habeas corpus action, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and in support thereof states as follows:

1. Following the entry of a final administrative order in Petitioner's removal proceedings, undersigned counsel made repeated and diligent efforts to communicate with Petitioner regarding the status of this action and his immigration posture, including his custody status and available avenues of relief.

2. For an extended period, undersigned counsel was unable to establish contact with Petitioner and was unable to confirm his whereabouts or custody status notwithstanding those efforts.

3. Undersigned counsel has now reestablished contact with Petitioner, who has confirmed that he has departed the United States and is no longer in the physical custody of Respondents or of U.S. Immigration and Customs Enforcement.